UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAURICE NEWMAN,<br><br>                              Plaintiff,<br><br>-against-<br><br>MOLLY PARK, KIRSIS HAM, and THE CITY OF NEW YORK,<br><br>                            Defendants. | **ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>24-CV-6829 (JPC) (JW) |

**JENNIFER E. WILLIS, United States Magistrate Judge.**

      This action has been referred to me for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement pursuant to 28 U.S.C. § 636(b)(1)(A). Dkt. No. 8. All non-dispositive pretrial motions and applications, including those related to scheduling and discovery, must be made to Judge Willis in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-jennifer-e-willis and also attached to this Order.

      It is hereby **ORDERED** that an initial scheduling and case management conference will be held in accordance with Fed. R. Civ. P. 16 on **January 8, 2025, at 2:00pm**, in Courtroom 228, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Please plan to arrive at the courthouse early enough to clear security, so that the conference can begin promptly. **The Parties should also come to the conference prepared for oral argument, if any, on their motion to dismiss briefs**. By **January 3, 2025,** the parties are directed to each

complete the Proposed Case Management Plan for Pro Se Cases available at: https://www.nysd.uscourts.gov/sites/default/files/practice_documents/JW%20Willis%20Proposed%20Case%20Management%20Plan%20for%20Pro%20Se%20Case.pdf.

Plaintiff should submit the Proposed Case Management Plan for Pro Se Cases to the Pro Se Intake Unit and Defendant should submit it via ECF and simultaneously mail a copy to Plaintiff. The Pro Se Intake Unit is located in the United States Courthouse, 500 Pearl Street, Room 200, New York, New York (telephone 212-805-0175) and can assist pro se litigants in connection with court procedures.

The Court also notes that there is a legal clinic in this District available to assist pro se parties in civil cases. The Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court. The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Plaintiff is encouraged to make an appointment with the Clinic by visiting their website at https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/ or calling (212) 626-7383.

To the extent Plaintiff wishes to receive documents in this case electronically (by e-mail) instead of by regular mail), she may consent to electronic service by filing a Pro Se Consent to Electronic Service Form, available in the Pro Se Intake Unit or at https://nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases.

If any party needs to change the date of the conference, that party must make the request, by letter, as soon as the need for a different date is known, but by no later than three (3) business days before the scheduled conference date.

Finally, to the extent the parties agree to proceed before a Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c), they should complete a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form available at https://nysd.uscourts.gov/hon-jennifer-e-willis and submit it via ECF.

SO ORDERED.

Dated:   New York, New York
         December 10, 2024

_____
JENNIFER E. WILLIS
United States Magistrate Judge