UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MAURICE NEWMAN,

                          Plaintiff,                        **ORDER**

          -against-                    **24-CV-6829 (JPC) (JW)**

MOLLY PARK, KIRSIS HAM, and THE
CITY OF NEW YORK,

                          Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of Plaintiff's letter. Dkt. No. 22. Plaintiff is directed to fill out the pro se proposed case management plan and file a copy on ECF before the January 8, 2025 conference. Plaintiff should also bring a hard copy of the proposed case management plan to the conference. For Plaintiff's convenience, the Court is attaching a PDF of the form to this order.

      SO ORDERED.

DATED:    New York, New York
                January 6, 2025

                                                    JENNIFER E. WILLIS
                                                    United States Magistrate Judge

*March 2021*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X
:
:
:   CIVIL ACTION NO.:
:
:
                      Plaintiff,   :
:
against                                 :
:
:
:
:
:
                     Defendant.   :
:
X
---------------------------------------------------------

**PROPOSED CASE MANAGEMENT PLAN FOR PRO SE CASE**

1. **Summary of Claims, Defenses, and Relevant Issues.**

   <u>Plaintiff/Defendant (circle one)</u>
   _____
   _____
   _____
   _____
   _____
   _____

2. **I understand my obligation to and am preserving relevant information.**

Plaintiff/Defendant (circle one)

3. **Proposed Schedule**

All discovery should be completed by _____

    a.    <u>Depositions</u>:  Depositions shall be completed by _____

    b.    Neither party may take more than _____ depositions.  Absent an agreement between the parties or an order from the Court, non-party depositions shall follow initial party depositions.

    c.    Initial Requests for Documents must be made by _____.

    d.    Responses to Requests for Documents must be made by _____.

    e.    Documents from third-parties (such as doctors) will/will not (circle one) be required. If required, the following are the third-parties from whom Documents will be requested.

_____
_____
_____
_____

    f.    Subpoenas requesting Documents from third-parties must be served by _____. Documents obtained from third-parties must be provided to all parties in this matter.

    g.    There will/will not (circle one) be expert testimony in this case. If expert testimony will be needed, please describe the topic on which the expert(s) is expected to testify

_____
_____
_____

4. **Early Settlement or Resolution**

The parties have/have not (circle one) discussed the possibility of settlement. The parties request a settlement conference by no later than _____. The following information is needed before settlement can be discussed:
_____
_____
_____

5. **Other Matters**

Plaintiff(s)/Defendant(s) (circle one) wish to discuss the following additional matters at the Initial Case Management Conference.
_____
_____
_____
_____

2

3

Respectfully submitted this _____day of _____.

_____

Name

_____

Address

_____

Phone number

_____

Email

_____

Party representing (if applicable)

3