UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MAURICE NEWMAN,

                        Plaintiff,                        **ORDER**

       -against-                             **24-CV-6829 (JPC) (JW)**

MOLLY PARK *et al.*,

                        Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of a series of filings from the Parties that will be addressed in detail by the Court in due time. However, within those filings, Plaintiff has made representations that he reduces his initial demand to "25% of the initial amount requested" (Dkt. No. 38), and requested that this Court "facilitate negotiation of monetary compensation to resolve ongoing issues." Dkt. No. 43. Therefore, the Parties are ordered to meet and confer and file a joint letter by **June 13, 2025**. The Joint letter shall advise this Court if the Parties are willing to appear for an in-person court-assisted settlement conference. If yes, the joint letter shall advise the Court if the Parties are available on **June 25, 2025, and/or July 1, 2025**. If the Parties cannot mutually agree to court-assisted settlement, the joint letter shall inform the Court of that decision without revealing each Parties individual stance.

      SO ORDERED.

DATED:    New York, New York
               May 30, 2025

                                                                *Jennifer E. Willis*
                                                                JENNIFER E. WILLIS
                                                                 United States Magistrate Judge