UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MAURICE NEWMAN,

                      Plaintiff,                      **ORDER**

        -against-                         **24-CV-6829 (JPC) (JW)**

MOLLY PARK *et al.*,

                      Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    The Court is in receipt of a series of filings from the Parties including discovery requests and Plaintiff's requests to negotiate. See Dkt. Nos. 38, 43, 48, 53, 56. This Court cannot schedule court-assisted settlement talks unless both Parties indicate the willingness to participate. Noted in the June 4, 2025 joint letter, Defendants Park and the City of New York do not wish to participate in court-assisted settlement at this time. Dkt. No. 51. Accordingly, Plaintiff's motions requesting negotiations are **DENIED**.

    On July 29, 2025, this Court recommended that Plaintiff's complaint be dismissed with leave to amend. Dkt. No. 59. Pending the adoption or rejection of that order, all discovery motions are DENIED without prejudice and may be refiled if this matter is not dismissed.

    **The Clerk of Court is respectfully requested to close Dkt. Nos. 22, 38, 43, 48, 53, 56.**

SO ORDERED.

DATED:   New York, New York
         August 11, 2025

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge

2