**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MAURICE NEWMAN,

                Plaintiff,

        -against-

MOLLY PARK *et al.*,

                Defendants.
-----------------------------------------------------------------X

**ORDER**

**24-CV-6829 (JPC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's letter filings at Dkt. Nos. 76–79. Having seen no responses from Defendants on any of these letters on the docket, the Court directs Defendants to file a response to these letters, no more than three pages, by **5:00 PM on November 19, 2025**.

        SO ORDERED.

DATED:    New York, New York
                November 10, 2025

                                                  JENNIFER E. WILLIS
                                                  United States Magistrate Judge