UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MAURICE NEWMAN,

                            Plaintiff,                   **ORDER**

                  -against-                   **24-CV-6829 (JPC) (JW)**

MOLLY PARK *et al.*,

                            Defendants.

------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    The Court is in receipt of Plaintiff's letter filings at Dkt. Nos. 76–79 and Defendants' response at Dkt. No. 81.

    First, the Court DENIES Plaintiff's letter motion for leave to file a sur-reply (Dkt. No. 76) to the motion to dismiss, as the Court does not find that Defendants introduced new arguments in its reply in support of their motion to dismiss at Dkt. No. 74.

    Second, the Court DENIES Plaintiff's letter motion requesting submission of supplemental evidence arising from the September 16, 2025, Fair Hearing decision. Although the hearing occurred after the filing of the First Amended Complaint, Plaintiff had these materials before his opposition motion to Defendants' motion to dismiss was filed on October 8, 2025. See Dkt. No. 82. "Because Plaintiff attempts to supplement [his opposition] with information that was available to him at the time

he filed the [opposition], such supplement is not permitted under [Federal Rule of Civil Procedure] 15(d)." See Dkt. No. 59.

**The Clerk of Court is respectfully requested to close Dkt. Nos. 76, 77, and 79.**

SO ORDERED.

DATED:   New York, New York
         November 20, 2025

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge

2