**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

MAURICE NEWMAN,

                           Plaintiff,

                -against-

MOLLY PARK *et al.*,

                        Defendants.

------------------------------------------------------------------X

                             **ORDER**

                         **24-CV-6829 (JPC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's letter motion at Dkt. No. 87 and Defendants' opposition at Dkt. Nos. 91–92. Defendants asserted in their response that Plaintiff's motion is now moot because the DSS CityFHEPS program renewed Plaintiff's benefits and paid Plaintiff's rent through February 2026.

To that end, Plaintiff is ordered to file a response to Defendant's opposition by **March 11, 2026**. The response should confirm whether the issues raised in Plaintiff's letter at Dkt. No. 87 is now moot; if not, Plaintiff is directed to respond to Defendants' opposition.

     SO ORDERED.

DATED:    New York, New York
           February 25, 2026

                                 *Jennifer E. Willis*

                                JENNIFER E. WILLIS
                                United States Magistrate Judge