**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

MAURICE NEWMAN,

                          Plaintiff,                           **ORDER**

          -against-                                    **24-CV-6829 (JPC) (JW)**

MOLLY PARK *et al.*,

                          Defendants.

-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's letter motion (Dkt. No. 87), Defendants'

opposition (Dkt. Nos. 91–92), and Plaintiff's subsequent reply (Dkt. Nos. 94–96).  The

parties are ordered to appear for an in-person conference on **April 6, 2026 at 2:00**

**PM** to further discuss these issues.  The conference will be held in Courtroom 228,

Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New

York.

          SO ORDERED.

DATED:      New York, New York
            March 10, 2026

                                                  _Jennifer E. Willis_
                                                  JENNIFER E. WILLIS
                                                  United States Magistrate Judge