**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

MAURICE NEWMAN,

Plaintiff,

-against-

MOLLY PARK *et al.*,

Defendants.

-------------------------------------------------------------X

**ORDER**

**24-CV-6829 (JPC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's letter at Dkt. No. 108. Plaintiff attempted to file for default judgment against Defendant Kirsis Ham, which was not accepted by the Clerk of Court because Plaintiff did not file proof of service of the amended complaint. Plaintiff admits that he never served the amended complaint onto Defendant Ham because he was not aware of this requirement. As such, Plaintiff requests that he either be permitted to proceed with motion for default judgment without serving the amended complaint onto Defendant Ham, or be permitted to effectuate service of the amended complaint onto Defendant Ham now. The Court **DENIES** both requests.

First, per Local Civil Rule 55.1 of the Southern District of New York, a party seeking entry of default *must* file "an affidavit or declaration showing: (a) that the requirements of Fed. R. Civ. P. 4 for service or waiver of service have been satisfied." This requirement cannot be waived.

Second, Plaintiff's request for an extension of time to effectuate service of the amended complaint onto Defendant Ham is **DENIED**. Under Rule 4 of the Federal Rules of Civil Procedure, Plaintiff had 90 days to serve the amended complaint. Here, the amended complaint was filed over a year ago—on August 26, 2025—which is well beyond the 90-day limit. The Court is sympathetic that Plaintiff is proceeding *pro se* in this case and was not aware of service requirement, but this does not constitute good cause for such a lengthy extension. Additionally, the Court finds that Plaintiffs' claims against Ham—which are Section 1983 claims for substantive due process and retaliation—lack merit for the same reasons described in this Court's Report and Recommendation (which was adopted in full by Judge Cronan at Dkt. No. 103) regarding Plaintiff's section 1983 claims against Defendant Park. <u>See</u> Dkt. No. 102 at 9–10.

For those reasons, Plaintiff's requests are **DENIED** and Plaintiff therefore may not proceed for default judgment against Defendant Ham.

SO ORDERED.

DATED: New York, New York
September 3, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge